**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

SHANNON SURREC,

   Plaintiff,

               CASE NO. 2:22-cv-545

v.

ENHANCED RECOVERY COMPANY,
LLC,

   Defendant.

                /

## <u>NOTICE OF REMOVAL</u>

  Defendant, Enhanced Recovery Company, LLC ("ERC"), by and through its undersigned

counsel, and pursuant to 28 U.S.C. §§ 1441, 1446, hereby files its Notice of Removal of this action

from the Court of Common Pleas of Allegheny County, Pennsylvania, to the United States District

Court for the Western District of Pennsylvania, on the following grounds:

  1.  On or about March 15, 2022, Plaintiff, Shannon Surrec ("Plaintiff"), commenced a

civil action in the Court of Common Pleas of Allegheny County, styled as *Shannon Surrec v.*

*Enhanced Recovery Company, LLC,* Case No. AR-22-000893.

  2.  On March 21, 2022, a copy of the Complaint was served on ERC. This Notice of

Removal is being filed within thirty days of ERC's receipt through service of Plaintiff's Complaint

and, therefore, under 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely and proper.

  3.  Additionally, pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process,

pleadings, orders, and other papers or exhibits of every kind on file in the state and known to have

been served by, or upon ERC, are attached hereto as Composite Exhibit "A." Defendant is not

aware of any further proceeding in the above-described civil action.

4.    This Court possesses original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this civil action involves a federal question.

5.    Plaintiff alleges that ERC violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. (the "FDCPA"). The FDCPA is a law of the United States and, therefore, pursuant to 28 U.S.C. § 1441(a), these claims are removable to this Court.

6.    ERC will promptly file the Notice of Filing Notice of Removal attached hereto as Exhibit "B,"[1] with a copy of this Notice of Removal, in the Office of the Clerk of the Court of Common Pleas of Allegheny County. ERC will also promptly provide a written copy of the Notice of Removal to Plaintiff.

7.    ERC has complied with all conditions precedent to the removal of this action.

WHEREFORE, Defendant, Enhanced Recovery Company, LLC, respectfully gives notice that the above-described civil action now pending in the Court of Common Pleas of Allegheny County is removed therefrom to this Court.

Respectfully Submitted,

RAWLE & HENDERSON, LLP

By: _____
Daniel S. Strick, Esquire
PA Id. 88381
725 Skippack Pike, Suite 230
Blue Bell, PA 19422
Tel.: (610) 940-4092
dstrick@rawle.com
*Attorney for Defendant, Enhanced Recovery Company, LLC*

Dated: April 11, 2022

---

[1] The exhibit to the Notice of Filing Notice of Removal, consisting of this Notice of Removal, has been omitted from Exhibit B.

2

## CERTIFICATE OF SERVICE

I, Daniel S. Strick, Esquire, certify that on this 11th day of April, 2022, a true and correct copy of Defendant, Enhanced Recovery Company, LLC's Notice of Removal was served via electronic mail and U.S. Mail upon the following counsel:

Joshua P. Ward, Esquire
Email: jward@jpward.com
Travis A. Gordon, Esquire
J.P. Ward & Associates, LLC
The Rubicon Building
201 S. Highland Avenue, Suite 201
Pittsburgh, PA 15206
*Attorneys for Plaintiff*

By:_____
        Daniel S. Strick, Esquire